**Opinion filed July 25, 2013**



In The

# Eleventh Court of Appeals

_____

## No. 11-11-00159-CV

_____

## MEMORIAL PARK MEDICAL CENTER, INC., Appellant
## V.
## JOHN GREEN, Appellee

**On Appeal from the 35th District Court**
**Brown County, Texas**
**Trial Court Cause No. CV0904121**

## MEMORANDUM OPINION ON CONSENT TO REMITTITUR

Appellee, John Green, has filed with this court a remittitur as suggested in this court's original opinion dated June 27, 2013. Pursuant to our original opinion and Green's consent to the remittitur, we modify the trial court's judgment to reduce the award of damages for work performed by $700, making the amount of damages due to Green for work performed equal $9,020. *See* TEX. R. APP. P. 46.3.

As modified, the judgment of the trial court is affirmed.

July 25, 2013                                                            PER CURIAM

Panel consists of: Wright, C.J.,
McCall, J., and Willson, J.